ALVERSON, TAYLOR, MORTENSEN & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
ADAM R. KNECHT, ESQ.
Nevada Bar #13166
7401 W. Charleston Boulevard
Las Vegas, NV 89117
(702) 384-7000
efile@alversontaylor.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TJL GROUP, LLC dba THE TOM LOVE GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICANA, L.L.C. dba AMERICANA GROUP; DOES I through 10, DOE, CORPORATIONS I through V,<br><br>Defendants. | Case No.: 2:13-CV-01422-GMN-VCF |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff TJL GROUP, LLC dba THE TOM LOVE GROUP ("TJL") and their counsel, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice

///

///

///

///

///

KRB/20599

1

that the above captioned action is voluntarily dismissed, without prejudice, against Defendant AMERICANA, L.L.C. dba AMERICANA GROUP.

DATED this 17 day of January, 2014.

ALVERSON, TAYLOR,
MORTENSEN, & SANDERS

_____
KURT R. BONDS, ESQ.
Nevada Bar #6228
ADAM R. KNECHT, ESQ.
Nevada Bar #13166
7401 W. Charleston Blvd.
Las Vegas, NV 89117
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS and that on this 17 day of January, 2014, I caused a true and correct copy of the foregoing document **NOTICE OF VOLUNTARY DISMISSAL** to be served as follows:

☐ VIA FACSIMILE: by causing a true and correct copy thereof to be faxed on this date to the addressee(s) at the attached facsimile numbers set forth in the service list.

☐ VIA PERSONAL DELIVERY: by causing a true and correct copy there to be hand-delivered to the addressee(s) at the attached addresses set forth in the service list.

☒ VIA ELECTRONIC SERVICE: by causing a true and correct copy there to be emailed to The addressee(s) at the attached email addresses set forth in the service list.

## SERVICE LIST

Darren J. Welsh, Esq.
WELSH CHTD.
985 White Dr., #200
Las Vegas, NV 89119

_____
An Employee of ALVERSON, TAYLOR,
MORTENSEN & SANDERS

N:\kurt.grp\CLIENTS\20500\20599\Pleading\notice of dismissal-fed ct.doc

2